# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| TODD M. WEICHEL, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 07-cv-701-bbc |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Todd M. Weichel's appeal is dismissed.


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**


_____**/s/ M. Hardin**_____     _____**6/4/08**_____
**by Deputy Clerk**                                                              ____
                                                                                        **Date**